UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY CUTLER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIR GROUP CREDIT UNION<br><br>Defendant. | Civil Action No. 2:26-CV-1527JNW<br><br>**ORDER GRANTING DEFENDANT ALASKA AIR GROUP CREDIT UNION'S REQUEST FOR AN EXTENSION TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

WHEREAS Defendant ALASKA AIR GROUP CREDIT UNION has requested this Court grant an extension for Defendant to file a responsive pleading to Plaintiff MARY CUTLER's Complaint. After review of Defendant's Request and showing of good cause, IT IS HEREBY ORDERED that:

Defendant ALASKA AIR GROUP CREDIT UNION'S time to file a responsive pleading to Plaintiff MARY CUTLER's Complaint is extended until August 13, 2026.

Defendant ALASKA AIR GROUP CREDIT UNION has demonstrated good cause in making the request.

**IT IS SO ORDERED.**

**DATED: 17th day of July, 2026**

_____
Hon. Jamal N. Whitehead

44217990.1:12373-0147

ORDER GRANTING
DEFENDANT ALASKA AIR GROUP
CREDIT UNION'S REQUEST FOR AN EXTENSION TO FILE A
RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT - 1

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800

DATED this ___ day of July, 2026

**Wood, Smith, Henning & Berman LLP**

_____
Timothy D. Shea, WSBA #39631
tshea@wshblaw.com
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
Phone 206.204.6800
Fax 206.299.0400
**Attorneys for Defendant Alaska Air Group
Credit Union and Alaska Air Group, Inc.**

44217990.1:12373-0147

ORDER GRANTING
DEFENDANT ALASKA AIR GROUP
CREDIT UNION'S REQUEST FOR AN EXTENSION TO FILE A
RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT - 2

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, I electronically filed **MASTER** with the Clerk of the Court using the CM/EDF.

I hereby certify that the following have been served via CM/EDF electronic service:

Laura Van Note Esq.
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: lvn@colevannote.com

Mark J. Hilliard, Esq.
**THE LAW OFFICES OF MARK J. HILLIARD**
1233 Alpine Road
Walnut Creek, California 94596
Telephone: (310) 709-9749
Email: mark.hilliard.esq@gmail.com

*Attorneys for Plaintiff Juan Garcia*

DATED this ___ day of May, 2026

_____
Timothy D. Shea
tshea@wshblaw.com

44217990.1:12373-0147

ORDER GRANTING
DEFENDANT ALASKA AIR GROUP
CREDIT UNION'S REQUEST FOR AN EXTENSION TO FILE A
RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT - 3

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800